UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

FAYE SMYTH et al.,

                Plaintiffs,

    -against-

THE CITY OF NEW YORK et al.,

               Defendants.

------------------------------------x

ORDER

17 Civ. 492 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The status conference scheduled for February 21, 2020 at 9:45 am is canceled.

Dated: New York, New York
      February 13, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge