UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

FAYE SMYTH et al.,

                          Plaintiffs,

-against-

THE CITY OF NEW YORK et al.,

                          Defendants.

------------------------------------- x

ORDER

17 Civ. 492 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The status conference is adjourned from May 6, 2020 to July 8, 2020 at 9:45 am.

Dated: New York, New York
       April 21, 2020

                                             SO ORDERED.

                                             *George B. Daniels*
                                             GEORGE B. DANIELS
                                             United States District Judge