UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
FAYE SMYTH et al.,

                              Plaintiffs,

    -against-

THE CITY OF NEW YORK et al.,

                              Defendants.
------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 3 0 2020

ORDER

17 Civ. 492 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference is adjourned from July 8, 2020 to August 26, 2020 at 9:45 am.

Dated: New York, New York
      June 30, 2020

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge