**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
FAYE SMYTH et al.,

                     Plaintiffs,

   -against-

THE CITY OF NEW YORK et al.,

                    Defendants.

------------------------------------- x

ORDER

17 Civ. 492 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The status conference is adjourned from August 26, 2020 to October 28, 2020 at 9:45 am.

Dated: New York, New York
       August 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge