UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

FAYE SMYTH et al.,

                        Plaintiffs,

    -against-

THE CITY OF NEW YORK et al.,

                       Defendants.

------------------------------------- x

ORDER

17 Civ. 492 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference is adjourned from April 14, 2021 to June 2, 2021 at 9:45 am.

Dated: New York, New York
       April 5, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge