UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

GEORGE KROUSTALLIS, ANTHONY ALMOJERA, DONALD BROWNE, BARRET HIRSCH, and VINCENT VARIALE, *on behalf of themselves and all other persons similarly situated who were employed by the City of New York Fire Department*,

                Plaintiffs,

    -against-

THE CITY OF NEW YORK; THE CITY OF NEW YORK FIRE DEPARTMENT; DANIEL A. NIGRO, *as Commissioner of the New York City Fire Department*,

                Defendants.

------------------------------------- x

ORDER

16 Civ. 8421 (GBD)
16 Civ. 09971 (GBD)
17 Civ. 00492 (GBD)

GEORGE B. DANIELS, United States District Judge:

On Plaintiffs' request, with consent from all other parties, the status conference scheduled for January 9, 2024 is adjourned to March 12, 2024 at 10:00 a.m.

Dated: January 8, 2024
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge